# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARIA TOWERY                                              PLAINTIFF

v.                       No. 3:18-cv-44-DPM

MISSISSIPPI COUNTY ARKANSAS
ECONOMIC OPPORTUNITY
COMMISSION, INC.                                          DEFENDANT

## ORDER

Towery hasn't responded to the Commission's September discovery requests. She should do so now. Motion to compel, № 22, denied without prejudice. Please follow the Court's joint report procedure, № 20 at 3, on discovery disputes.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 November 2018