IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARIA TOWERY                                                                    PLAINTIFF

v.                                    No. 3:18-cv-44-DPM

MISSISSIPPI COUNTY ARKANSAS
ECONOMIC OPPORTUNITY
COMMISSION, INC.                                                              DEFENDANT

## JUDGMENT

Towery's workers' compensation retaliation claim is dismissed without prejudice. All her other claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 March 2020